UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RYAN CLOUSER,

Defendant.

CR. NO. 4:23-CR-00051

(Chief Judge Brann)

FILED
WILLIAMSPORT
MAR 09 2023
PER EA
DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. §1709
(Theft of Mail by Postal Employee)

On or about December 6, 2022, in Centre County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**RYAN CLOUSER,**

a United States Postal Service employee, did steal or remove United States currency from letters, postal cards, packages, and mail, which had been entrusted to the defendant and which had come into the defendant's possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
18 U.S.C. §1709
(Theft of Mail by Postal Employee)

On or about December 20, 2022, in Centre County, Pennsylvania within the Middle District of Pennsylvania, the defendant,

**RYAN CLOUSER,**

a United States Postal Service employee, did steal or remove United States currency from letters, postal cards, packages, and mail, which had been entrusted to the defendant and which had come into the defendant's possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

GERARD M. KARAM
United States Attorney

███████████
FOREPERSON

_____
GEOFFREY W. MacARTHUR
Assistant United States Attorney

3/9/23
Date